# United States Court of Appeals
## For the First Circuit

No. 03-1895

LONG TERM CARE PHARMACY ALLIANCE,

Plaintiff, Appellee,

v.

CHRISTINE FERGUSON, DIRECTOR,
COMMONWEALTH OF MASSACHUSETTS
DIVISION OF HEALTH CARE FINANCE AND POLICY,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on March 17, 2004, should be amended as follows:

On page 18, line 2 from top, replace "mean" with "meet".